UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Touhey,

                                    Plaintiff(s),

                                                                    **O R D E R**

            -against –
                                                                    7:25-CV-04467 (CS)


S.A Baxter LLC,

                                    Defendant(s).
------------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.


      **SO ORDERED**.

Dated: July 8, 2025
      White Plains, New York



_____

CATHY SEIBEL, U.S.D.J.